1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                              DISTRICT OF NEVADA
8                                    * * * * *
9  UNITED STATES OF AMERICA,      )
                                  )         3:08-cr-00022
10                                 )
              Plaintiff,           )         ORDER
11                                 )
   vs.                             )
12                                 )
   TERRANCE HOFUS,                 )
13                                 )
              Defendant.           )
14 _____ )

15      It having been brought to the Court's attention that the judgment in this action reflecting

16 that the Defendant was convicted of the offense of Coercion and Enticement of a Minor, a

17 violation of Title 18 U.S.C. § 2422(b), is misleading because it suggests the Defendant was

18 convicted of a completed act when in fact his conviction was based upon attempted acts, and,

19 upon review and consideration of the statute by the Court, it appears that the attempted acts for

20 which Defendant was convicted would have no effect upon the classification of his offense or the

21 penalty which was imposed by the Court, and in the interest of justice and good cause appearing,

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS HEREBY ORDERED that the Clerk of the Court shall amend the amended judgment in this action (doc. 78) to more accurately reflect on the first page, under nature of offense, that the Defendant is adjudicated guilty of Attempted Coercion and Enticement of a Minor.

IT IS SO ORDERED.

DATED this 28th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE